# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

CYNTHIA LAURA HERNANDEZ,

    Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

_____/

Case No. 1:22-cv-00188-BAK (SKO)

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE**

(Doc. 2)

### ORDER

  Plaintiff Cynthia Laura Hernandez filed a complaint on February 14, 2022, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

  2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint; and

  3. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  The stay will be <u>automatically lifted, with</u>

1  no further order of the Court, when the defendant files the certified copy of the

2  administrative record or on April 1, 2022, whichever is earlier.  *See id.*; E.D. Cal.

3  G.O. 644.

4

5  IT IS SO ORDERED.

6  Dated:  **February 24, 2022**                    /s/ *Sheila K. Oberto*

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28